# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| TYLER JONES, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TELACU CONSTRUCTION MANAGEMENT, INC.,<br><br>　　Defendant. | **Case No:  CV 21-7533-GW-KSx**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FLSA SETTLEMENT, AND FOR ATTORNEY'S FEES**<br><br>Judge:　　　Hon. George H. Wu<br>Date:　　　 n/a<br>Time:　　　 n/a<br>Courtroom:　9D |

Before the Court is Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Approval of FLSA Settlement, and for Attorney's Fees (the "Motion"). The Court, having reviewed the Motion, the settlement agreement, the pleadings and other papers on file in this action, and the statements of counsel, hereby finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED THAT:**

1. For purposes of this Order the Court adopts and incorporates the definitions contained in the Agreement;
2. The Court hereby preliminarily approves the Agreement;
3. The Court finds that the Gross Settlement Amount falls within the range of possible final approval and that there is a sufficient basis for notifying the Class Members and for setting a final fairness hearing;
4. The FLSA collective should be certified, and notice of the settlement issued to the collective action members per the Agreement;
5. The prerequisites of Rule 23 are satisfied for settlement purposes;
6. Plaintiff is appointed Class Representative;
7. Plaintiff's counsel are appointed Class Counsel;
8. The Notices filed on June 20, 2023, are approved as the best notice practicable and reasonably calculated to apprise the settlement class members of their rights under the law, meeting all applicable requirements of due process;
9. Phoenix Settlement Administrators is appointed as the claims administrator and charged with following the procedures set forth in the Agreement; and
10. The settlement Class Members shall have the right to be excluded from the class or object to the Agreement by following the procedures outlined

in the Notice provided to them, otherwise they will be bound by the Agreement if it receives final approval.

**IT IS FURTHER ORDERED THAT:**

The Court sets the final approval hearing for October 12, 2023 at 8:30 a.m. This Court retains exclusive jurisdiction over this action to consider all further matters arising out of or connected with the settlement.

**IT IS SO ORDERED.**

Dated: June 29, 2023.

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE