UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7533-GW-KSx | Date | October 23, 2023 |
|---|---|---|---|
| Title | *Tyler Jones v. TELACU Construction Management, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Melinda Arbuckle   Patricia S. Riordan

**PROCEEDINGS:   PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [66]**

The Court's Tentative Ruling on Plaintiffs' Motion [66] was issued on October 20, 2023 [68]. Court and counsel confer. Plaintiffs are to submit their supplemental brief and a revised proposed order by October 30, 2023.

: 06

Initials of Preparer   JG